389 A.2d 171

Commonwealth v. Johnson, Appellant.

Submitted September 12, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 172

Commonwealth v. Knighton, Appellant.

Submitted December 6, 1976. Gary Neil Asteak, Assistant Public Defender, for appellant; Robert A. Freedberg, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.